# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** JULIE KAY NORMAN-STARK & SHERI LYNN STARK
- **Case Number:** 18-21164-GLT        **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 18, 2018 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#14 - Final Confirmation of Plan Dated 3/22/2018 (NFC)
R / M #:  14 / 0

### *Appearances:*

- Debtor: Feldman
- Trustee: Winnecour / Pail / Katz / DeSimone  *(Katz circled)*
- Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **1/31/19** at **10:30AM**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*

Asked for confirmation of partner's employment status. If still unemployed, whether she will be able to return to work, health wise.

Also ask for completed part 2 of means test.

& last paystubs for both Debtors at year end.

10/11/2018  1:33:16PM