UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania ** Pittsburgh

IN RE:  
Julie K. Norman-Stark  
Sheri L. Stark  
Debtor (s)

CASE NO: 18-21164 GLT  
Chapter 13

### NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (ECMC), hereby gives notice that all presently held or future payments and correspondences to the creditor for the Court claim number 6 should be sent to the following address:

OLD ADDRESS:

ECMC  
PO Box 16488  
St. Paul, MN 55116

Navient Solutions, LLC. On behalf of ECMC  
PO Box 16129  
St. Paul, MN 55116

NEW ADDRESS:

Please send all PAYMENTS to:  
ECMC  
Lockbox #8682  
PO Box 16478  
St. Paul, MN 55116-0478

Please send all CORRESPONDENCE to:  
ECMC  
PO Box 16408  
St. Paul, MN 55116-0408

Educational Credit Management Corporation

By: /s/ Julie Lee  
Julie Lee, Operations Specialist  
Educational Credit Management Corporation  
PO Box 16408  
St. Paul, MN 55116-0408  
Ph: 888-363-4562

Date: November 2, 2018

CERTIFICATE OF SERVICE

I hereby certify that on 11/2/2018 a copy of the foregoing Change of Address was served on the following register ECF participants, electronically through the court's ECF System at the email address register with the court:

*Trustee*
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

*Attorney*
Max C. Feldman
1322 Fifth Ave
Coraopolis, PA 15108

By: /s/ Julie Lee
Julie Lee, Operations Specialist
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408