**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JULIE KAY NORMAN-STARK | Case No. 18-21164GLT |
| SHERI LYNN STARK | |
|       Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
|       Movant | Document No __ |
| vs. | |
| NAVIENT SOLUTIONS INC O/B/O ECMC | |
|       Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor seeks to change the payee name for a claim, to wit: ECMC . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| NAVIENT SOLUTIONS INC O/B/O ECMC | Court claim# 6/Trustee CID# 34 |
| C/O ECMC(*) | |
| LOCK BOX #8682 | |
| PO BOX 16478 | |
| ST PAUL, MN 55116-0478 | |

The Movant further certifies that on 11/06/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
JULIE KAY NORMAN-STARK, SHERI LYNN STARK, 336 RANCHERO DRIVE, MOON TOWNSHIP, PA  15108

:
ECMC NOTICING**, PO BOX 16408, ST PAUL, MN  55116-0408

NEW CREDITOR:
ECMC
LOCKBOX 8682
PO BOX 16478
ST PAUL MN 55116-0478

DEBTOR'S COUNSEL:
MAX C FELDMAN ESQ, 1322 5TH AVE, CORAOPOLIS, PA  15108

ORIGINAL CREDITOR:
NAVIENT SOLUTIONS INC O/B/O ECMC, C/O ECMC(*), LOCK BOX #8682, PO BOX 16478, ST PAUL, MN 55116-0478