# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JULIE KAY NORMAN-STARK
SHERI LYNN STARK

Case No. 18-21164GLT

       Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

       Movant
vs.

Document No __

MOON ASD (MOON TWP) (RE)

       Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

  The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

The school district real estate taxes are paid through 2018.

| | |
|---|---|
| MOON ASD (MOON TWP) (RE)<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLLCTR<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA 15219 | Court claim# /Trustee CID# 8 |

The Movant further certifies that on 04/15/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>JULIE KAY NORMAN-STARK, SHERI LYNN STARK, 336 RANCHERO DRIVE, MOON TOWNSHIP, PA  15108<br><br>:<br>TAX AUTH OR TYPE TAX UNKNOWN, INSUFFICIENT INFO AVAILABLE, TO BE RESOLVED,<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>MAX C FELDMAN ESQ, 1322 5TH AVE, CORAOPOLIS, PA  15108<br><br>ORIGINAL CREDITOR:<br>MOON ASD (MOON TWP) (RE), C/O WEISS BURKARDT KRAMER LLC - DLNQ CLLCTR, 445 FORT PITT BLVD STE 503, PITTSBURGH, PA  15219 |
|---|---|