**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK<br>SHERI LYNN STARK, | Chapter 13 |
| Debtors, | Document No.: |
| vs. | |
| JULIE KAY NORMAN-STARK<br>SHERI LYNN STARK, | |
| Movant, | |
| ROUNDPOINT MORTGAGE SERVICING CORP., | |
| Respondent | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING OBJECTION TO THE NOTICE OF MORTGAGE PAYMENT CHANGE**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than May 30, 2019, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on June 20, 2019, at 10:00 a.m. before Judge Gregory L. Taddonio, in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

Date of Service: 5-13-2019

/s/ Max C. Feldman
Max C. Feldman, Esquire
Nicholas M. Feldman, Esquire
Attorney for Debtor/Movant
1322 Fifth Avenue
Coraopolis, PA  15108
412.262.6181
PA I.D. # 56429
mcfeldman@verizon.net