# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 18-21164-GLT |
| Julie Kay Norman-Stark and ) | |
| Sheri Lynn Stark ) | Chapter 13 |
|     Debtors ) | |
| ) | |
| Julie Kay Norman-Stark and ) | Related to Claim No. 13 |
| Sheri Lynn Stark ) | |
|     Movants ) | |
| ) | |
| vs. ) | |
| Roundpoint Mortgage Servicing Corp. ) | |
| ) | |
|     Respondent ) | |

## **OBJECTION TO THE NOTICE OF MORTGAGE PAYMENT CHANGE**

AND NOW, comes the Debtors by and through their attorneys, Max C. Feldman, Esquire, Nicholas M. Feldman, Esquire, and Joseph A. Feldman, Esquire and sets forth the following in support of their objection to the Notice of Mortgage Payment Change filed by Roundpoint Mortgage Servicing Corporation at Claim No. 8.

1. Roundpoint Mortgage Servicing Corporation has filed a Notice of Mortgage Payment Change increasing the debtor's escrow payment from $969.75 per month to $1,718.02 per month due to an escrow shortage.

2. Debtors believe the escrow payment should not be increased as delinquent real estate taxes have been satisfied.

3. The escrow payment should therefore, not be increased.

WHEREFORE, Debtors respectfully request that Roundpoint Mortgage Servicing Corporation's notice of mortgage payment changes be denied.

Executed on: 5-28-2019

/s/ Max Feldman
Max Feldman, Esquire
Attorney for Debtor
1322 Fifth Avenue
Coraopolis, PA  15108
412.262.6181-phone
412.262.6344-fax
mcfeldman@verizon.net
PA I.D. # 56429