# IN THE UNITED STATED BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-21164-GLT |
| | : | |
| Julie Kay Norman-Stark | : | |
| Sheri Lynn Stark | : | |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Julie Kay Norman-Stark | | |
| Sheri Lynn Stark | : | Document No. |
| Movant | : | |
| | : | Related to Document No. |
| vs. | : | |
| | : | |
| Roundpoint Mortgage Servicing Corp. | : | |
| | : | : |
| Respondent | | |

## **PROPOSED ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2019, it is hereby Ordered, Adjudged and Decreed that the objection is granted and the Notice of Mortgage Payment Change filed on behalf of Roundpoint Mortgage Servicing Corporation, is denied.

BY THE COURT,

_____J.
United States Bankruptcy Judge