PAWB FORM 7 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21164-GLT |
| | : | |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK | : | |
| Debtors | : | |
| | : | Chapter 13 |
| JULIE KAY NORMAN-STARK AND | | |
| SHERI LYNN STARK | | |
| | : | |
| Movants | : | |
| | : | |
| | : | Related to Document No. |
| v. | : | |
| ROUNDPOINT SERVICING CORPORATION | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF THE PROPOSED ORDER TO OBJECTION TO THE NOTICE OF MORTGAGE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 29, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First class mail.

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Mrs. Julie Kay and Sheri Norman-Stark
336 Ranchero Drive
Moon Township, PA 15108

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group P.C.
James C. Warmbrodt, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

EXECUTED ON: 5-29-19

    By: /s/ Max Feldman
      Max Feldman, Esquire
      1322 Fifth Avenue
      Coraopolis, PA 15108
      412.262.6181 – phone
      412.262.6344 – fax
      mcfeldman@verizon.net
      PA I.D. 56429