IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 15 2019
CLERK U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:

Julie Kay Norman-Stark
Sheri Lynn Stark

           *Debtor(s).*

Case No.: 18-21164
Chapter: 13

Date: 8/14/19

## PROCEEDING MEMO

**MATTER:** # 48 Con't Objection to the Notice of Mortgage Payment Change Re: Claim Number 8.
    # 52 - Proposed Order
        # 54 - Response filed by Roundpoint Mortgage Servicing Corporation

**APPEARANCES:**
    Debtor: Max C. Feldman
    Trustee: Owen Katz
    Roundpoint: James Warmbrodt

**NOTES:**

Feldman: Mr. Warmbrodt has told me he is amendable to a 30 day continuance. My clients are undergoing a domestic matter. They will not be available to meet with me until the last week of August. We may be able to get it straightened out and withdraw the objection.

Warmbrodt: That is correct.

**OUTCOME:**

1. The Objection to the Notice of Mortgage Payment Change [Dkt. No. 48] is continued to September 11, 2019 at 9:00 a.m. (Text order to issue).

**DATED:** August 14, 2019