Case 18-21164-GLT    Doc 60    Filed 09/12/19    Entered 09/12/19 10:19:33    Desc Main
Document    Page 1 of 1

FILED
SEP 12 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                             : Case No.:   18-21164-GLT
                                                   : Chapter:    13
Julie Kay Norman-Stark                             :
Sheri Lynn Stark                                   :
                                                   : Date:       9/11/2019
           *Debtor(s).*                            : Time:       09:00

## PROCEEDING MEMO

**MATTER:**   # 48 Con't Objection to the Notice of Mortgage Payment Change Re: Claim Number 8.
              # 52 - Proposed Order
                 # 54 - Response filed by Roundpoint

**APPEARANCES:**
          Debtor:      Joseph Feldman
          Roundpoint:  James Warmbrodt

**NOTES:**

Court: This is the second hearing on this matter.

Feldman: The Debtors believe they have satisfied the taxes and insurance and there is no reason to increase the escrow payment, but counsel has not been provided with any proof of this.

Warmbrodt: According to Roundpoint: there's confusion on the part of the debtor about pre vs. post-petition delinquent taxes.

Court: Absent proof of payment of the taxes or proof of other insurance, there is no basis to challenge the NMPC. Debtor was given 60-days to produce information in support of the objection.

**OUTCOME:**

1. The Debtor's *Objection to the Notice of Mortgage Payment Change* [Dkt. No. 48] is overruled. [Text Order to Issue]

**DATED:** 9/11/2019