# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

05/29/2020

IN RE:

JULIE KAY NORMAN-STARK
SHERI LYNN STARK
336 RANCHERO DRIVE
MOON TOWNSHIP,  PA  15108
XXX-XX-4841          Debtor(s)

XXX-XX-3858

Case No.18-21164 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee 's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/29/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  9185 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  LEVIN FURNITURE/PRAE | |

---

| | | |
|---|---|---|
| **ALLISON L CARR ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| BERNSTEIN-BURKLEY PC | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT ST STE 2200 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

---

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  ROUNDPOINT/PRAE | |

---

| | | |
|---|---|---|
| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:4   INT %: 1.90% | CRED DESC:  VEHICLE |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:5-2 | ACCOUNT NO.:  6895 |
| POB 168088 | | |
| | CLAIM:  2,444.42 | |
| IRVING, TX  75016-8088 | COMMENT:  CL5GOVS*250@LTCD/PL*CL 2701.22*PIF/CR/LTR*AMD CL=$0*W/42 | |

---

| | | |
|---|---|---|
| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:5   INT %: 5.65% | CRED DESC:  VEHICLE |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:1 | ACCOUNT NO.:  9016 |
| POB 168088 | | |
| | CLAIM:  19,958.87 | |
| IRVING, TX  75016-8088 | COMMENT:  CL1GOVS@PMT/CONF*PMT/PL-CL*368.61@LTCD* | |

---

| | | |
|---|---|---|
| **ROUNDPOINT MORTGAGE SERVICING** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| PO BOX 19409 | Court Claim Number:8 | ACCOUNT NO.:  0687 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28219 | COMMENT:  2442.94/PL*2378.50 X (60+2)=LMT*ARRS/PL-CL=$0 | |

---

| | | |
|---|---|---|
| **MOON TOWNSHIP (RE)** | Trustee Claim Number:7   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O WEISS BURKARDT KRAMER LLC - DLNQ CLI | Court Claim Number: | ACCOUNT NO.:  J517 |
| 445 FORT PITT BLVD STE 503 | | |
| | CLAIM:  760.81 | |
| PITTSBURGH, PA  15219 | COMMENT:  $@10%/PL16~CATHERINE TRESS TX CLTR~SD BORO?/SCH*DK*NOT DUE~NTC-RS | |

---

| | | |
|---|---|---|
| **MOON ASD (MOON TWP) (RE)** | Trustee Claim Number:8   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O WEISS BURKARDT KRAMER LLC - DLNQ CLI | Court Claim Number: | ACCOUNT NO.:  J517 |
| 445 FORT PITT BLVD STE 503 | | |
| | CLAIM:  8,300.61 | |
| PITTSBURGH, PA  15219 | COMMENT:  TTL@10%/PL*2015-16~CATHERINE TRESS TX CLTR~DK*PIF THRU 18~NTC-RSV | |

---

| | | |
|---|---|---|
| **TAX AUTH OR TYPE TAX UNKNOWN** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| INSUFFICIENT INFO AVAILABLE | Court Claim Number: | ACCOUNT NO.:  517 |
| TO BE RESOLVED | | |
| | CLAIM:  0.00 | |
| | COMMENT:  COMBINED @ CID8*15~CATHERINE TREES TX CLTR~SD BORO TYPE?/SCH | |

---

| | | |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.:  8PAO |
| ATTN DDB TEAM | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17104-1444 | COMMENT: | |

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:3 | ACCOUNT NO.:  4841 |
| PO BOX 16478 | | |
| | CLAIM:  838.60 | |
| ST PAUL, MN  55116-0478 | COMMENT:  8PAO/SCH*FR PHEAA-DOC 35 | |

| | | |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.:  8PAO |
| ATTN DDB TEAM | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17104-1444 | COMMENT: | |

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:4 | ACCOUNT NO.:  4841 |
| PO BOX 16478 | | |
| | CLAIM:  2,063.27 | |
| ST PAUL, MN  55116-0478 | COMMENT:  8PAO/SCH*FR PHEAA-DOC 36 | |

| | | |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.:  8PAO |
| ATTN DDB TEAM | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17104-1444 | COMMENT: | |

| | | |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.:  8PAO |
| ATTN DDB TEAM | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17104-1444 | COMMENT: | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.:  6685 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.:  0510 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.:  8933 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.:  0510 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

**CLAIM RECORDS**

| ALLEGHENY HEALTH NETWORK | Trustee Claim Number: 21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 1247 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264-5266 | COMMENT: NT ADR/SCH | |

| ALLEGHENY HEALTH NETWORK | Trustee Claim Number: 22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 9524 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264-5266 | COMMENT: | |

| ANYTIME FITNESS | Trustee Claim Number: 23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 575 MORGANTOWN ST | Court Claim Number: | ACCOUNT NO.: TARK |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: NT ADR/SCH | |

| MIDLAND FUNDING LLC | Trustee Claim Number: 24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number: 7 | ACCOUNT NO.: 8593 |
| PO BOX 2011 | | |
| WARREN, MI 48090 | CLAIM: 3,006.33 | |
| | COMMENT: 2512/SCH*CAPITAL ONE | |

| JPMORGAN CHASE BANK NA | Trustee Claim Number: 25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 6681 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| JPMORGAN CHASE BANK NA | Trustee Claim Number: 26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 0781 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| JPMORGAN CHASE BANK NA | Trustee Claim Number: 27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 7545 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: BANK ONE/SCH | |

| JPMORGAN CHASE BANK NA | Trustee Claim Number: 28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 7268 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: BANK ONE/SCH | |

| JPMORGAN CHASE BANK NA | Trustee Claim Number: 29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 4116 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: BANK ONE/SCH | |

| GULF COAST COLLECTION | Trustee Claim Number: 30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 5630 MARQUESAS CL | Court Claim Number: | ACCOUNT NO.: 5162 |
| | CLAIM: 0.00 | |
| SARASOTA, FL 34233 | COMMENT: NT ADR/SCH | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:9 | ACCOUNT NO.: 9185 |
| | CLAIM: 1,230.00 | |
| NORFOLK, VA 23541 | COMMENT: 0168~LEVIN/SYNCHRONY | |

| DEPARTMENT STORES NATIONAL BANK/MACYS | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number: | ACCOUNT NO.: 6440 |
| PO BOX 4275 | CLAIM: 0.00 | |
| NORCROSS, GA 30091 | COMMENT: NT ADR/SCH | |

| MON VALLEY COMMUNITY FCU | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RA ROGERS INC | Court Claim Number:12 | ACCOUNT NO.: 927 |
| PO BOX 3302 | CLAIM: 4,101.38 | |
| CROFTON, MD 21114 | COMMENT: 2927/SCH*LOAN 4*DEFICIENCY | |

| ECMC(*) | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| LOCKBOX #8682 | Court Claim Number:6 | ACCOUNT NO.: 4841 |
| PO BOX 16478 | CLAIM: 7,451.51 | |
| ST PAUL, MN 55116-0478 | COMMENT: 0916/SCH*CHNG OF ADR*DOC 30 | |

| PNC BANK NA | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number:11 | ACCOUNT NO.: 9143 |
| | CLAIM: 7,903.73 | |
| CLEVELAND, OH 44101 | COMMENT: | |

| QUEST DIAGNOSTIC | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 7629 MARKET ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| YOUNGSTOWN, OH 44512 | COMMENT: NT ADR/SCH | |

| STATE COLLECTION SERVICE INC | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: 4448 |
| PO BOX 6250 | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: | |

| SUNTRUST BANK** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| SUPPORT SVCS/BANKRUPTCY | Court Claim Number:2 | ACCOUNT NO.: 8059 |
| POB 85092** | CLAIM: 5,500.24 | |
| RICHMOND, VA 23286 | COMMENT: 2276/SCH | |

| WEISS BURKARDT KRAMER LLC | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
|---|---|---|
| 445 FORT PITT BLVD STE 503 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: | |

| DUQUESNE LIGHT COMPANY* | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:10 | ACCOUNT NO.: 4742 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 341.41 | |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **ROUNDPOINT MORTGAGE SERVICING** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| PO BOX 19409 | Court Claim Number:8 | ACCOUNT NO.:  0687 |
| | CLAIM:  425.00 | |
| CHARLOTTE, NC  28219 | COMMENT:  NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/6 | |
| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:5-2 | ACCOUNT NO.:  6895 |
| POB 168088 | | |
| IRVING, TX  75016-8088 | CLAIM:  0.00 | |
| | COMMENT:  AMD=0.00*DEFICIENCY*W/4 | |