**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK and ) | Chapter 13 |
| SHERI LYNN STARK, ) | |
|     Debtors ) | |
| ) | Response Date: July 3, 2020 |
| JULIE KAY NORMAN-STARK an ) | |
| SHERI LYNN STARK ) | |
|     Movants, ) | Hearing Date: July 15, 2020 at |
| vs. ) | 10:30 am. Courtroom A, 54th Floor, |
| ) | U.S. Steel Tower, 600 Grant Street, |
| KIMBERLY KEYS and BERKSHIRE ) | Pittsburgh, PA  15219 |
| HATHAWAY, ) | |
|     Respondents. ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO EMPLOY REAL ESTATE BROKER**

TO THE RESPONDENT(s):

You are hereby notified that the above Movant seeks an order affecting your rights or Property. Debtors desire to employ Kimberly Keys, a licensed real estate agent, and Berkshire Hathaway to market a certain real property located at 336 Ranchero Drive, Coraopolis, PA 15108, which is titled in the name of Julie K. Norman Stark and Sheri L. Stark for a listing price of $384,900.00.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than July 3, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on July 15, 2020, at 10:30 am before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 6-15-2020    /s/ Max Feldman
    Max Feldman, Esquire Pa ID# 56429
    1322 Fifth Avenue
    Coraopolis, PA  15108
    412.262.6181, (fax) 412.262.6344
    mfeldman@attorneyfeldman.com