PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21164-GLT |
| | : | |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK | : | |
| Debtors | : | |
| | : | Chapter 13 |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK, | : | |
| | : | |
| Movants | : | |
| v. | : | |
| KIMBERLY KEYS and BERKSHIRE HATHAWAY | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE REGARDING NOTICE OF HEARING ON MOTION FOR AUTHORIZATION TO EMPLOY REAL ESTATE BROKER TO PARTIES IN INTEREST**

　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 15, 2020.

　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First class mail.

Kimberly Keys
995 Beaver Grade Road
Moon Township, PA  15108

Mrs. Julie Kay Norman-Stark
336 Ranchero Drive
Moon Township, PA  15108

Berkshire Hathaway
995 Beaver Grade Road
Moon Township, PA  15108

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

EXECUTED ON:

By: /s/ Max Feldman
　Max Feldman, Esquire
　1322 Fifth Avenue
　Coraopolis, PA  15108
　412.262.6181 – phone
　412.262.6344 – fax
　mcfeldman@verizon.net
　PA I.D. 56429