**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK and ) | Chapter 13 |
| SHERI LYNN STARK, ) | |
|     Debtors ) | |
| ) | Response Date:  July 3, 2020 |
| JULIE KAY NORMAN-STARK an ) | |
| SHERI LYNN STARK ) | |
|     Movants, ) | Hearing Date: July 15, 2020 at |
| vs. ) | 10:30 am, |
| ) | |
| KIMBERLY KEYS and BERKSHIRE ) | |
| HATHAWAY, ) | |
|     Respondents. ) | |

**<u>NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE REGARDING MOTION JULIE KAY NORMAN-STARK AND SHERI LYNN STARK TO EMPLOY REAL ESTATE BROKER</u>**
(**<u>TELEPHONIC PROCEDURE EFFECTIVE MARCH 13, 2020</u>**)

TO THE RESPONDENT(s):

    You are hereby notified that the above Movant seeks an order affecting your rights or Property. Debtors desire to employ Kimberly Keys, a licensed real estate agent, and Berkshire Hathaway to market a certain real property located at 336 Ranchero Drive, Coraopolis, PA 15108, which is titled in the name of Julie K. Norman Stark and Sheri L. Stark for a listing price of $384,900.00.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than July 3, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A telephonic hearing will be held on July 15, 2020, at 10:30 am before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modifed Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief

sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 6-16-5-2020

_____
Max Feldman, Esquire Pa ID# 56429
1322 Fifth Avenue
Coraopolis, PA  15108
412.262.6181, (fax) 412.262.6344
mfeldman@attorneyfeldman.com