PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21164-GLT |
| | : | |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK | : | |
| Debtors | : | |
| | : | Chapter 13 |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK, | : | |
| | : | |
| Movants | : | |
| v. | : | |
| KIMBERLY KEYS and BERKSHIRE HATHAWAY | : | |
| Respondent(s) | : | |

**AMENDED CERTIFICATE OF SERVICE OF THE MOTION TO EMPLOY REAL ESTATE BROKER, PROPOSED ORDER AND AMENDED NOTICE OF HEARING**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 16, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First class mail.

Kimberly Keys                                           Mrs. Julie Kay Norman-Stark
995 Beaver Grade Road                          336 Ranchero Drive
Moon Township, PA  15108                    Moon Township, PA  15108

Berkshire Hathaway                                Internal Revenue Service
995 Beaver Grade Road                          PO Box 7346
Moon Township, PA  15108                    Philadelphia, PA  19101-7346

U.S. Trustee                                              Ronda J. Winnecour, Esquire
Liberty Center, Suite 970                         Suite 3250, USX Tower
1001 Liberty Avenue                               600 Grant Street
Pittsburgh, PA  15222                              Pittsburgh, PA  15219

EXECUTED ON: 6-16-2020                    By: /s/ Max Feldman
                                                                  Max Feldman, Esquire
                                                                  1322 Fifth Avenue
                                                                  Coraopolis, PA  15108
                                                                  412.262.6181 – phone
                                                                  412.262.6344 – fax
                                                                  mcfeldman@verizon.net
                                                                  PA I.D. 56429