PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21164-GLT |
| | : | |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK | : | |
| Debtors | : | |
| | : | Chapter 13 |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK, | : | |
| | : | |
| Movants | : | |
| v. | : | |
| KIMBERLY KEYS and BERKSHIRE HATHAWAY | : | |
| Respondent(s) | : | |

**AMENDED CERTIFICATE OF SERVICE OF THE MOTION TO EMPLOY REAL ESTATE BROKER, PROPOSED ORDER AND AMENDED NOTICE OF HEARING**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 16, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First class mail.

Kimberly Keys
995 Beaver Grade Road
Moon Township, PA  15108

Mrs. Julie Kay Norman-Stark
336 Ranchero Drive
Moon Township, PA  15108

Berkshire Hathaway
995 Beaver Grade Road
Moon Township, PA  15108

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

EXECUTED ON: 6-16-2020

By: /s/ Max Feldman
  Max Feldman, Esquire
  1322 Fifth Avenue
  Coraopolis, PA  15108
  412.262.6181 – phone
  412.262.6344 – fax
  mcfeldman@verizon.net
  PA I.D. 56429