PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK | : | Docket No. |
| Debtors | : | |
| | : | |
| JULIE KAY NORMAN-STARK and, | : | |
| SHERI LYNN STARK, | : | |
| | : | |
| Movants | : | |
| | : | Hearing Date: |
| v. | : | |
| | : | |
| KIMBERLY KEYS and BERKSHIRE | : | |
| HATHAWAY, | : | |
| | : | |
| Respondents | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR AUTHORIZATION TO EMPLOY REAL ESTATE BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Authorization to Employ Real Estate Broker filed on June 16, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Convert to Chapter 13 were to be filed and served no later than July 3, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 7-6-2020

/s/ Max Feldman
Max Feldman, Esquire
Attorney for Debtors
1322 Fifth Avenue
Coraopolis, PA  15108
(412) 262-6181
Pa I. D. No.  56429