PAWB Local Form 11 (05/16) | Page 1of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/7/20 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:                                              : Bankruptcy No. 18-21164-GLT
                                                    :
JULIE KAY NORMAN-STARK and                          :
SHERI LYNN STARK                                    : Docket No.  63
             Debtors                                :
                                                    : Hearing Date and Time: July 15, 2020 at
                                                    : 10:30 am
JULIE KAY NORMAN-STARK and                          : Response Due: July 3, 2020
SHERI LYNN STARK,                                   :
                                                    :
             Movants                                :
                                                    :
                                                    :
                                                    :
                                                    :
     v.                                             :
                                                    :
KIMBERLY KEYS and BERKSHIRE                         :
HATHAWAY HOMESERVICES                               :
             Respondent(s)                          :

**ORDER APPROVING RETENTION OF REAL ESTATE BROKER**

AND NOW, this __7th__ day of __July__, 2020, upon consideration of the Debtors' Motion to Employ Real Estate Broker, it is ORDERED ADJUDGED and DECREED as follows:

(1) Kimberly Keys, a licensed real estate agent, and Berkshire Hathaway, a licensed real estate broker, 995 Beaver Grade Road, Moon Township, PA 15108, are hereby appointed, as of the date of filing the Motion, as Realtor for the Debtors in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Motion for the purpose of acting as Movants' agent in connection with the sale of real estate located at 336 Ranchero Drive, Moon Township, PA 15108. A realtor commission in the amount of $295 + the greater of 6% of the purchase price or $4,000.00, is tentatively approved, subject to final Court order. Movants shall serve the within Order on all interested parties and file a Certificate of Service.

(2) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the Motion. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

(3) Approval of any motion for appointment of a professional in which certain fess are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to 11 U.S.C. 328(a). Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(4) Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this Order does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movants, directly or indirectly. Any other retention of, and payments to, an outside counsel or other professional is subject to prior approval of the Court.

Dated: 7/7/20
DEFAULT
ENTRY

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Julie Kay Norman-Stark  
Sheri Lynn Stark  
    Debtors

Case No. 18-21164-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jul 07, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db/jdb      +Julie Kay Norman-Stark,   Sheri Lynn Stark,   336 Ranchero Drive,   Moon Township, PA 15108-9644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:  
      James Warmbrodt   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com  
      Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      Max C. Feldman   on behalf of Joint Debtor Sheri Lynn Stark mcfeldman@verizon.net  
      Max C. Feldman   on behalf of Debtor Julie Kay Norman-Stark mcfeldman@verizon.net  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                          TOTAL: 6