**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK and | ) | Chapter 13 |
| SHERI LYNN STARK, | ) | |
|     Debtors | ) | |
| | ) | Response Date: August 17, 2020 |
| JULIE KAY NORMAN-STARK an | ) | |
| SHERI LYNN STARK | ) | |
|     Movants, | ) | Hearing Date: August 26, 2020 at |
| vs. | ) | 9:00 am, |
| | ) | |
| | ) | |
| ROUNDPOINT SERVICING CORPORATION, | ) | |
|     Respondents. | ) | |

### NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE REGARDING MOTION TO SELL REAL PROPERTY FREE AND DIVESTED OF LIENS (**TELEPHONIC PROCEDURE EFFECTIVE MARCH 13, 2020**)

TO THE RESPONDENT(s):

    You are hereby notified that the above Debtors and Movants seek an order affecting your rights or Property. The Debtors have filed a Motion to Sell their interest in 336 Ranchero Drive, Coraopolis, Pennsylvania 15108, Allegheny County, and further identified as tax parcel 0926-J-00517-0000-00 (the "Property") free of all liens and claims for $385,000.00. A $3,7000.00 deposit is required to bid. A public hearing (see below) will be held when and where higher and better offers will be accepted. Additional information is available by contacting Max C. Feldman, 1322 Fifth Avenue, Coraopolis, PA 15108, 412-262-6181.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than August 17, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A telephonic hearing will be held on August 26, 2020, at 9:00 am before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modifed Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an

evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 7-30-2020	/s/ Max Feldman
	Max Feldman, Esquire Pa ID# 56429
	1322 Fifth Avenue
	Coraopolis, PA  15108
	412.262.6181, (fax) 412.262.6344
	mfeldman@attorneyfeldman.com