PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK and SHERI LYNN STARK | : | Docket No. |
| Debtors | : | |
| JULIE KAY NORMAN-STARK and, SHERI LYNN STARK, | : | |
| Movants | : | |
| v. | : | Hearing Date:  August 26, 2020 at 9:00 am |
| ROUNDPOINT SERVICING CORPORATION, | : | |
| Respondents | : | |

**STATEMENT OF LEGAL FEES AND COSTS OF MAX C. FELDMAN, DEBTOR'S COUNSEL, RELATED TO DEBTOR'S MOTION TO SELL**

| | | |
|---|---|---|
| 5/22/2020  3 emails with real estate agent an clients | | .25/no charge |
| 5/26/2020  preparation of Motion to Employ Real Estate Broker | | 1.0 |
| 5/26/2020  email to client | | .25 |
| 6/13/2020  review and respond to client's email | | .25/no charge |
| 6/14/2020  Review and respond to email of realtor | | .25/no charge |
| 6/16/2020  preparation of service to Motion to Employ Real Estate Broker | | 1.0 |
| 6/16/2020  filed and served Motion to Employ Real Estate Broker | $14.10 | .50 |
| 6/16/2020  review and respond to email of realtor | | .25/no charge |
| 6/17/2020  review and respond to client's email and email of realtor | | .25/no charge |
| 7/3/2020   telephone call with realtor | | .25 |
| 7/6/2020   filing of Certificate of No Objection | | .25 |
| 7/9/2020   Preparation of Motion to Sell and set up service | | 2.0 |
| 7/22/2020  Review and respond to client's email | | .25/no charge |
| 7/22/2020  Review and revisions to Motion to Sell | | .25/no charge |
| 7/22/2020  Review and respond to emails of realtor and closing officer | | .25 |
| 7/23/2020 Ordered lien search | $45.00 | .25 |
| 7/27/2020  Review and respond to email of title company | | .25 |
| 7/27/2020  Review and respond to client's email | | .25/no charge |
| 7/28/2020  Review and respond to several emails of realtor | | .25/no charge |
| 7/30/2020  Finalized, filed and served Motion to Sell.   Service | $36.75 | .50 |

| | |
|---|---|
| 7/30/2020   Cost of filing Motion to Sell                                      $181.00 | |
| 8/3/2020   Review and respond to client's email | .25/no charge |
| 8/4/2020   Placed sale ads with Pittsburgh Legal Journal and Pgh Post Gazette | .50 |
| 8/4/2020   Cost for advertising – PLJ - $119.60; Post Gazette - $143.00 | |
| 8/5/2020   Completed and placed information on EASI | .50 |
| 8/5/2020   Preparation of Amended A, B, and C for sale proceeds | .75 |
| Projected:  Preparation for sale hearing | .50 |
| Projected: Attendance at sale hearing on August 26, 2020 | 1.0 |
| Projected:  Provided assistance concerning closing | .50 |
| Projected:  CourtCall cost                                                      $22.50 | |
| Projected:  Preparation and file report of sale | .50 |
| 10.75 hours x$285.00 = $3063.75+ costs $561.95 = $3,625.70 | 12.25 |

Executed on August 25, 2020            Respectfully submitted,

                                                           /s/ Max Feldman
                                                           Max Feldman, Esquire
                                                           Attorney for Debtors
                                                           1322 Fifth Avenue
                                                           Coraopolis, PA  15108
                                                           (412) 262-6181
                                                           Pa I. D. No.  56429
                                                           mfeldman@attorneyfeldman.com