**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/25/20 6:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>Julie Kay Norman-Stark<br>Sheri Lynn Stark<br>　　　　　　　　Debtors<br><br>Julie Kay Norman-Stark<br>Sheri Lynn Stark<br>　　　　　　　　Movants<br><br>　　vs.<br><br>Roundpoint Mortgage Servicing Corporation<br>　　　　　　　　Respondent | Case No. 18-21164-GLT<br><br>Chapter 13<br><br>Related to Doc.　82　and 88<br><br>Hearing Date: 8/26/20 @ 9:00 |

### ROUNDPOINT MORTGAGE SERVICING CORPORATION'S MOTION TO WITHDRAW LIMITED OBJECTION TO DEBTORS' MOTION TO SELL REAL PROPERTY FREE AND DIVESTED OF LIENS

　　AND NOW, comes Roundpoint Mortgage Servicing Corporation ("Respondent"), by and through its undersigned counsel, James C. Warmbrodt, Esquire, and KML Law Group, P.C., and in support of its Motion filed herein respectfully represents as follows:

1.　Debtors have filed a motion to sell the 336 Ranchero Drive property for $385,000.00 free and divested of liens. (Doc. 78).

2.　Respondent filed a limited objection to the Debtor's motion to sell because the motion and proposed order did not provide for payment in full of Respondent's first mortgage lien at closing. (Doc. 82).

3.　Debtors have amended the proposed order to provide for payment in full of Respondent's first mortgage lien at closing.

　　WHEREFORE, Respondent humbly requests that this Honorable Court enter an order granting Respondent's leave to withdraw its limited objection filed on August 11, 2020 at Doc. 82.

August 25, 2020　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 430-3594
jwarmbrodt@kmllawgroup.com
Attorney for Respondent

The withdrawal of the Limited Objection to Debtors' Motion to Sell Real Property Free and Divested of Liens filed on August 11, 2020 at Doc. 82 is hereby approved.

By the Court,

Dated: 8/25/20

_____ J.
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT