FILED
8/27/20 7:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-21164-GLT |
| | : | Chapter: | 13 |
| Julie Kay Norman-Stark | : | | |
| Sheri Lynn Stark | : | | |
| | : | Date: | 8/26/2020 |
| | : | Time: | 9:00 a.m. |
| *Debtors* | | | |

## PROCEEDING MEMO

*MATTER:*   # 78 Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: real estate
  #83 - Proof of Publications PLJ and PPG
  #84 - Response by Trustee
  # 87 - Proposed Order

*APPEARANCES:*
  Debtor:   Max C. Feldman
  Trustee:   Ronda J. Winnecour

*NOTES:* (9:30)

Court: The objection from Roundpoint was resolved?

Feldman: Yes. I will note we filed a revised proposed form of order where we included our fees to date as well as our fees and costs.    This is the residence of the debtors. It's been listed by the court-approved realtor and it was marketed by Berkshire Hathaway.   We advertised in the Pittsburgh Legal Journal as well as on EASI and in the the Pittsburgh Post Gazette.    There is enough to pay exemptions and all interested parties.  The trustee filed an objection that the exemptions weren't final,  and we propose that they hold the exemptions so long as they're not received as fees.  Otherwise I would propose we hold the funds in escrow. There was an objection filed by Roundpoint and that was resolved with our amended proposed order that was filed yesterday.   And he withdrew the objection.

Court: There's a mortgage contingency, and has that been satisfied and have all other contingencies been resolved?

Feldman: Yes.

Court: Is there a relationship between the buyer and seller?

Feldman: There is not.

Court: Is there any issue with the $15,000 exemption being remitted to the debtors and the remainder being held in escrow?

Winnecour: I have no objection.  But there are trustee's fees - on the tax claims our fees are $790.39.

[Property exposed for sale]

Court: Hearing there is no one on the phone making a higher or better offer, and there is no one in the courtroom, I will approve the sale.  The sale order will be approved with one exception - in para L, it says the remainder of the proceeds will be paid to the debtors.    I will authorize $15,550 to go to the debtors at closing with the balance of any alleged exemptions to be held in escrow pending resolution of the amended exemptions.

Feldman: The balance will be held in our office?

Court: Yes, that was my understanding.  Is that acceptable to the trustee?

Winnecour: Yes.

Court: The remainder will be held in your IOLTA account.

*OUTCOME:*

1. Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: real estate [Dkt. No. 78] is GRANTED [HT to Issue.]

*DATED:*   8/26/2020