PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Bankruptcy No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK and : | |
| SHERI LYNN STARK : | |
| Debtors : | |
| : | Chapter 13 |
| JULIE KAY NORMAN-STARK and : | |
| SHERI LYNN STARK, : | |
| Movants : | : |
| v. : | |
| ROUNDPOINT SERVICING CORPORATION, : | |
| Respondent(s) : | |

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULES A AND C AND ORDER OF COURT DATED AUGUST 25, 2020**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 28, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First class mail.

RoundPoint Servicing Corporation
5016 Parkway Plaza Blvd
Charlotte, NC  28217

Mrs. Julie Kay Norman-Stark
336 Ranchero Drive
Moon Township, PA  15108

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

All creditors listed on attached sheet

EXECUTED ON: 8-28-2020

By: /s/ Max Feldman
Max Feldman, Esquire
1322 Fifth Avenue
Coraopolis, PA  15108
412.262.6181 – phone
412.262.6344 – fax
mcfeldman@verizon.net
PA I.D. 56429