FILED
8/25/20 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No. 18-21164-GLT |
|---|---|---|
| | : | Chapter 13 |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK, | : | Related Dkt. No. 85 |
| | : | |
| Debtors. | : | |

**AND NOW**, this **25th** day of **August 2020**, the Debtors having filed an Amendment to Schedule C filed on August 21, 2020,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The Debtors shall *immediately* serve a copy of this *Order* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

(2)    On or before seven (7) days from receipt of this *Order* the Debtors shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

(3)    On or before September 28, 2020, any **objection to the Amended Schedules** shall be filed.

(4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

(5)    *FAILURE TO SERVE* the appropriate documents and file a timely *Certificate of Service* will result in the *Amendment* being rendered *NULL AND VOID* without further Order of Court.

(6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered *NULL AND VOID* without further Order of Court.

Dated:  8/25/20

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Julie Kay Norman-Stark  
Sheri Lynn Stark  
    Debtors

Case No. 18-21164-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Aug 26, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.  
db/jdb       +Julie Kay Norman-Stark,   Sheri Lynn Stark,   336 Ranchero Drive,   Moon Township, PA 15108-9644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Max C. Feldman    on behalf of Joint Debtor Sheri Lynn Stark mcfeldman@verizon.net  
        Max C. Feldman    on behalf of Debtor Julie Kay Norman-Stark mcfeldman@verizon.net  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                          TOTAL: 6