IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Julie Kay Norman-Stark : Case No. 18-21164-GLT
Sheri Lynn Stark : Chapter 13
    Debtor(s) :
Ronda J. Winnecour, Trustee : Related to Document #85
    Movant(s) :
 :
    vs. :
Julie Kay Norman-Stark :
Sheri Lynn Stark : Hearing Date
    Respondent(s) :

### NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING PRECAUTIONARY OBJECTION OF CHAPTER 13 TRUSTEE TO DEBTORS' AMENDED EXEMPTIONS

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than September 23, 2020, (i.e., twenty (20) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A _telephonic_ hearing will be held on September 30, 2020, at 10:00 a.m. before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866)582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's _Modified Telephonic Procedures_ (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2.

    Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 9/3/2020    /s/ Owen Katz_____
    Owen Katz- PA I.D. #36473
    Attorney for Trustee
    US Steel Tower – Suite 3250
    600 Grant St.
    Pittsburgh, PA 15219
    (412) 471-5566
    okatz@chapter13trusteewdpa.com