PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21164-GLT |
| | : | |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK | : | |
| Debtors | : | |
| | : | Chapter 13 |
| RONDA J. WINNECOUR, TRUSTEE | : | |
| Movant | : | |
| v. | : | |
| JULIE KAY NORMAN-STARK and | : | |
| SHERI LYNN STARK | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO PRECAUTIONARY OBJECTION OF CHAPTER 13 TRUSTEE TO DEBTOR'S EXEMPTIONS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 23, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First class mail.

Mrs. Julie Kay Norman-Stark
336 Ranchero Drive
Moon Township, PA  15108

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

EXECUTED ON: 9-23-20

By: /s/ Max Feldman
  Max Feldman, Esquire
  1322 Fifth Avenue
  Coraopolis, PA  15108
  412.262.6181 – phone
  412.262.6344 – fax
  mcfeldman@verizon.net
  PA I.D. 56429