Case 18-21164-GLT   Doc 106   Filed 10/01/20   Entered 10/01/20 11:41:27   Desc Main
Document   Page 1 of 1
FILED
10/1/20 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-21164-GLT |
| | : | Chapter: | 13 |
| Julie Kay Norman-Stark | : | | |
| Sheri Lynn Stark | : | | |
| | : | Date: | 9/30/2020 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

*MATTER:*   # 100 Objection to Debtor's Claim of Exemptions filed by the chapter 13 trustee
#   104 -Response filed by the Debtors

*APPEARANCES*:
Debtor:   Max C. Feldman
Trustee:   Ronda J. Winnecour

*NOTES:* (10:32)

Court:  The debtors completed the sale of real property and a portion of the sale proceeds is being held in escrow pending a determination as to the allowance of their exemptions.

Winnecour: The debtors asserted state exemptions in real property as a tenancy in the entirety.   Even though there's an exemption, it wouldn't apply to joint debt, and there doesn't appear to be any joint debt.  I withdraw my objection.

Feldman: We agree and the money is being held in escrow.   As soon as I have the order, I'll release the money to the debtors.   And we've made an additional payment as well.

Court: I will consider the motion denied as withdrawn and the debtors will be entitled to receive the money held in escrow. that represents the residual portion of their exemption.

*OUTCOME:*

1. Trustee's *Objection to Debtor's Claim of Exemptions* [Dkt. No. 100] is DENIED as withdrawn. [Text Order to Issue]

**DATED:**  9/30/2020