**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 18-21164-GLT |
| JULIE KAY NORMAN-STARK,<br>SHERI LYNN STARK | Chapter 13 |
| Debtors, | Hearing Date: December 2, 2020 at 10:30 am |
| vs. | Response Date: November 23, 2020 |
| JULIE KAY NORMAN-STARK,<br>SHERI LYNN STARK | |
| Movant, | |
| RONDA J. WINNECOUR, Esquire, | |
| Respondent | |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE
REGARDING AMENDED MOTION TO DISMISS (MODIFIED PROCEDURES FOR
REMOTE PARTICIPATION) EFFECTIVE OCTOBER 1, 2020**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 23, 2020 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A video conference hearing will be held on December 2, 2020, at 10:30 am. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link 10 published on Judge Taddonio's website (**which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information**) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf). Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 11-6-2020 /s/ Max Feldman
Max Feldman, Esquire Pa ID# 56429
1322 Fifth Avenue
Coraopolis, PA  15108
412.262.6181, (fax) 412.262.6344
mfeldman@attorneyfeldman.com