**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JULIE KAY NORMAN-STARK<br>SHERI LYNN STARK<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  JULIE KAY NORMAN-STARK<br>SHERI LYNN STARK<br><br>      Respondents | FILED<br>2/18/21 6:16 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.18-21164GLT<br><br>Chapter 13<br><br>Document No. 121 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __18th__ day of February, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cigna/Life Ins Co Of North America<br>
Attn: Payroll Manager<br>
1601 Chestnut St<br>
Philadelphia,PA 19192

is hereby ordered to immediately terminate the attachment of the wages of JULIE KAY NORMAN-STARK, social security number XXX-XX-4841. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JULIE KAY NORMAN-STARK.

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-21164-GLT

Julie Kay Norman-Stark   Chapter 13

Sheri Lynn Stark

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2

Date Rcvd: Feb 19, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Julie Kay Norman-Stark, 336 Ranchero Drive, Moon Township, PA 15108-9644 |
| jdb | #+ | Sheri Lynn Stark, 336 Ranchero Drive, Moon Township, PA 15108-9644 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Max C. Feldman | on behalf of Joint Debtor Sheri Lynn Stark mcfeldman@verizon.net |
| Max C. Feldman | on behalf of Debtor Julie Kay Norman-Stark mcfeldman@verizon.net |

District/off: 0315-2 User: culy Page 2 of 2
Date Rcvd: Feb 19, 2021 Form ID: pdf900 Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6