**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JULIE KAY NORMAN-STARK
    SHERI LYNN STARK
        Debtor(s)

  Ronda J. Winnecour
       Movant
     vs.
  No Respondents.

Case No.:18-21164 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/27/2018 and confirmed on 05/11/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,291.00 |
| Less Refunds to Debtor | 6,461.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 115,829.44 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,000.00 | |
|   Trustee Fee | 5,505.39 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,505.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROUNDPOINT MORTGAGE SERVICING | 68,976.50 | 68,976.50 | 0.00 | 68,976.50 |
|   Acct: 0687 | | | | |
| MOON TOWNSHIP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J517 | | | | |
| MOON ASD (MOON TWP) (RE) | 153.06 | 153.06 | 677.00 | 830.06 |
|   Acct: J517 | | | | |
| AMERICAN HONDA FINANCE CORP* | 2,444.42 | 2,444.42 | 29.97 | 2,474.39 |
|   Acct: 6895 | | | | |
| AMERICAN HONDA FINANCE CORP* | 19,958.87 | 10,509.07 | 2,348.52 | 12,857.59 |
|   Acct: 9016 | | | | |
| | | | | 85,138.54 |
| **Priority** | | | | |
| MAX C FELDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JULIE KAY NORMAN-STARK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MAX C FELDMAN, ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JULIE KAY NORMAN-STARK<br>Acct: | 1,846.16 | 1,846.16 | 0.00 | 0.00 |
| JULIE KAY NORMAN-STARK<br>Acct: | 2,769.24 | 2,769.24 | 0.00 | 0.00 |
| JULIE KAY NORMAN-STARK<br>Acct: | 1,846.16 | 1,846.16 | 0.00 | 0.00 |
| MAX C FELDMAN ESQ<br>Acct: | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| TAX AUTH OR TYPE TAX UNKNOWN<br>Acct: 517 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROUNDPOINT MORTGAGE SERVICING<br>Acct: 0687 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 8PAO | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC(\*)<br>Acct: 4841 | 838.60 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 8PAO | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC(\*)<br>Acct: 4841 | 2,063.27 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 8PAO | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 8PAO | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 6685 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 0510 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 8933 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 0510 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 1247 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 9524 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANYTIME FITNESS<br>Acct: TARK | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 8593 | 3,006.33 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 6681 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 0781 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 7545 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 7268 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9185 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLISON L CARR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21164 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4116 | | | | |
| | GULF COAST COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5162 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,230.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9185 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6440 | | | | |
| | MON VALLEY COMMUNITY FCU | 4,101.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 927 | | | | |
| | ECMC(*) | 7,451.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 4841 | | | | |
| | PNC BANK NA | 7,903.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 9143 | | | | |
| | QUEST DIAGNOSTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4448 | | | | |
| | SUNTRUST BANK** | 5,500.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 8059 | | | | |
| | WEISS BURKARDT KRAMER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DUQUESNE LIGHT COMPANY* | 341.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 4742 | | | | |
| | AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6895 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                  85,138.54

TOTAL CLAIMED
PRIORITY           0.00
SECURED       91,532.85
UNSECURED     32.436.47

Date: 04/01/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com